# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES:   Sentencing

USA v __AMBER REILLY__                                 Date: __01/30/17__

Case No. __CR-2-16-107__         Time __2:20 p.m.__   To __6:00 p.m.__

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |
| Tom Jessee | T. J. Harker |
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

Proof offered:  See witness/exhibit list

**Sentencing hearing is continued until February 27, 2017 @ 1:30 p.m.**

[X] Released on present bond