# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

AMBER REILLY

**EXHIBIT AND WITNESS LIST**

Case Number: 2:16-CR-107

| PRESIDING JUDGE<br>J. RONNIE GREER, USDJ | PLAINTIFF'S ATTORNEY<br>T. J. HARKER | DEFENDANT'S ATTORNEY<br>TOM JESSEE |
|---|---|---|
| TRIAL DATE (S)<br>SENTENCING HEARING | COURT REPORTER<br>KAREN BRADLEY | COURTROOM DEPUTY<br>KATHY HOPSON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 01/30/17 |  |  |  |
| W |  |  |  |  | *BRIANNA BROCK* |
| 1 |  |  | X | X | PERFORMANCE REVIEWS |
| 2 |  |  | X | X | SEALED |
| 3 |  |  | X | X | SEALED |
|  | W |  |  |  | *ASHLEY BATES* |
|  | W |  |  |  | *ASHLEY TURBYFILL* |
|  | W |  |  |  | *TODD REILLY* |
|  | W |  |  |  | *AMBER REILLY* |
|  | 4 |  | X | X | TAX RECORDS – JOHN & AMBER REILLY (2010 -2016) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of **1** Pages